IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SINGH,<br><br>    Petitioner,<br><br>v.<br><br>TIMOTHY AKIN, et al.,<br><br>    Respondents. | No. C 15-02434 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

    Petitioner, an alien detainee, filed a petition in *pro se* for review of a removal order and a motion to stay deportation on June 2, 2015. On June 8, 2015, mail sent to the Petitioner by the Court was returned as undeliverable with a notation that the Petitioner was no longer in custody. (Docket No. 4.) As of the date of this order, Petitioner has not filed a notice of change of address or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a petition when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written

communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Petitioner was returned as undeliverable. The Court has not received a notice from Petitioner of a new address. Accordingly, the instant habeas petition is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

**IT IS SO ORDERED.**

DATED: August 10, 2015

BETH LABSON FREEMAN
United States District Judge